**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 1:22CR00003-001 |
| ) | |
| Joaquin Coronado ) | |
| ) | |

On February 10, 2020, in the Southern District of Iowa, the above-named was sentenced to Supervised Release for a period of two years, in reference to the offense of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846 - Conspiracy to Distribute at Least 500 Grams of a Mixture or Substance Containing Methamphetamine (Class A Felony). Supervision commenced on November 3, 2021. Jurisdiction was transferred to the Eastern District of California on January 4, 2022.

Mr. Coronado has complied with all conditions and special conditions of Supervised Release and has not been involved in any further criminal activities. Mr. Coronado's term of supervised release commenced on November 3, 2021. He has paid off his special assessment and completed Substance Abuse Treatment and Testing. Since his release on supervision, Mr. Coronado has been employed full time at Road Express. He has continued to do exceptionally well on supervision with no known violation conduct. It is the opinion of the probation officer that the supervised releasee has derived maximum benefits from supervision and is not in need of continued supervision.

**Re:   Joaquin Coronado**
     **Docket Number:   0972 1:22CR00003-001**
     **Report and Order Terminating Supervised Release**
     **Prior to Original Expiration Date**

It is accordingly recommended that Mr. Coronado be discharged from supervision. The United States Attorney's Office does not oppose to this recommendation.

| **Respectfully submitted,** | **Reviewed by,** |
|---|---|
| *Marissa Frazure* (signature) | (signature) |
| **Marissa Frazure** | **Ronnie Preap** |
| United States Probation Officer Assistant | Supervising United States Probation Officer |

**Dated:**  March 2, 2023
     Bakersfield, California
     MF

## ORDER OF COURT

Pursuant to the above report, it is ordered that Joaquin Coronado be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

   Dated:   March 2, 2023                    _____
                                             UNITED STATES DISTRICT JUDGE

Rev. 01/2021
PROB35__REPORT AND ORDER TERMINATING SUPERVISION PRIOR TO ORIGINAL EXPIRATION DATE (EARLY)